561 A.2d 330

## SCHOOL DISTRICT OF PHILADELPHIA

### and

### Ernestine J. Rouse, Appellants,

#### v.

### Thomas K. GILHOOL, in his official capacity as Secretary of Education of the Commonwealth of Pennsylvania,

### and

### Pennsylvania Department of Education, Appellees.

Supreme Court of Pennsylvania.

Argued April 12, 1989.

Decided July 24, 1989.

Joann Hyle and Barbara W. Mather, Philadelphia, for appellants.

Ernest Preate, Atty. Gen. and Michael L. Harvey, Deputy Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

After oral argument and review of the briefs, the Court finds the objections herein raised to Act 110 of 1988, 24 P.S.

§ 21–2114, to be without merit and therefore appellants' Application for Summary Relief is hereby denied.

ZAPPALA, J., dissents and would grant the relief requested.